UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-168-F-4

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| REY DAVID CORREA RODRIGUEZ | |

On motion of the Defendant, Rey David Correa Rodriguez, and for good cause shown, it is hereby ORDERED that the **[DE 137]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  29  day of  February , 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Court Judge